Dwayne GARRETT, Plaintiff–Appellant,

v.

Rick ESSER, an individual; Jerry Maddux, an individual; Tom Jenner, an individual; Dyna Post, an individual; Lisa Breshear, an individual; and Curtis Delapp, an individual, Defendants–Appellees.

No. 03–5120.

United States Court of Appeals, Tenth Circuit.

Nov. 25, 2003.

Dwayne Garrett, pro se, Muskogee, OK, for Plaintiff–Appellant.

Thomas Janer, District Attorney? Office, Bartlesville, OK, Jerry L. Maddux, Selby, Connor & Maddux, pro se, Bartlesville, OK, Angela K. Berglan, Oklahoma Attorney General, Oklahoma City, OK, for Defendants–Appellees.

Before HARTZ, McKAY, and McCONNELL, Circuit Judges.

## ORDER AND JUDGMENT\*

PER CURIAM.

After examining the briefs and appellate record, this panel has determined unanimously to honor the parties' request for a decision on the briefs without oral argument. See Fed. R.App. P. 34(f). The case is therefore submitted without oral argument.

There being no merit to the appeal, the decision of the district court is **AFFIRMED.**

\* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.